AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

USA

V.

Hooks

## EXHIBIT AND WITNESS LIST

Case Number: 1:07MJ103A

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Martin MJ | Pro Se | Lee Wilker |
| TRIAL DATE (S) 10-12-07 | COURT REPORTER ——— | COURTROOM DEPUTY Gilfillan |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | W-1 Ray Quebec |
| | | | | | DX, CX |
| 1 | | 10/12 | ✓ | 10/12 | photos |
| 2 | | " | ✓ | 10/12 | " |
| 3 | | " | ✓ | 10/12 | " |
| 4 | | " | ✓ | 10/12 | " |
| | | | | | W-2 Edward Hooks |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.