AO 245H (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
HOOKS, EDWARD K

PROVIDENCE, RI 02907

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)** — Short Form

CASE NUMBER: RI50 1111327

USM NUMBER: N/A

Pro Se
Defendant's Attorney

**THE DEFENDANT:** HOOKS, EDWARD K

☐ **THE DEFENDANT** pleaded guilty to count(s) ______

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| CFR 1.218b(6) | Wrong Way on a One Way | 7/26/07 | 1 |

☐ Count(s) ______ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | | Assessment | Fine | Processing Fee |
|---|---|---|---|---|
| **Total:** | 50.00 | $ | $ 25.00 | $ 25.00 |

Defendant's Soc. Sec. No.: N/A

Defendant's Date of Birth: 1945

Defendant's Residence Address:
Providence, RI

Defendant's Mailing Address:
Providence, RI

October 12, 2007
Date of Imposition of Judgment

David L. Martin
Signature of Judge

DAVID L. MARTIN, U.S. Magistrate Judge
Name and Title of Judge

Oct. 12, 2007
Date